# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AIMEE O'NEILL, | Case No.: 2:21-cv-00036-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| STATE OF NEW YORK, et al., | |
| Defendant(s). | |

On January 8, 2021, the Court ordered Plaintiff to show cause why this case should not be dismissed and why Plaintiff should not be declared a vexatious litigant. Docket No. 3. The order to show cause was returned as undeliverable, as it appears that Plaintiff has moved without updating her address with the Court. *See* Docket No. 4.

"A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also* Local Rule IA 3-1. Nonetheless, the Court is aware of a more recent address for Plaintiff based on her initiation of a new lawsuit. *See O'Neil v. Salas*, Case No. 2:21-cv-00063-APG-EJY (D. Nev.).

As a one-time courtesy to Plaintiff, the Clerk's Office is **INSTRUCTED** to add to the docket the following address for Plaintiff:

> 6456 Butterfly Sky Street
> N. Las Vegas, NV 89084

Moving forward, Plaintiff herself must notify the Court with any changed address. Local Rule IA 3-1. **Failure to do so may result in the imposition of sanctions, up to and including dismissal**. *See id.*

1

In addition, the Clerk's Office is **INSTRUCTED** to mail to Plaintiff at the new address a copy of the order to show cause at Docket No. 3. The deadline to respond to the order to show cause is **EXTENDED** to February 16, 2021.

IT IS SO ORDERED.

Dated: February 2, 2021

_____
Nancy J. Koppe
United States Magistrate Judge